**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JUAN JOSE NAVAS MIRANDA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1254-J** |
| | ) | |
| **BRET BRADFORD et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is a Motion for Leave to Appear Pro Hac Vice. (ECF No. 2), filed by Petitioner's counsel, Nelly Carolina Sanchez Estrada. Local Civil Rule 83.2(g) requires attorneys requesting *pro hac vice* admission "to attach to their motion a completed Request for Admission *Pro Hac Vice* form[1] provided by the court clerk's office along with the required fee." In addition the Court's electronic docket shows that Ms. Estrada has not paid the required fee.

These deficiencies must be cured no later than **June 17, 2026**.

**IT IS SO ORDERED** on June 12, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

[1] https://www.okwd.uscourts.gov/forms