**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN JOSE NAVAS MIRANDA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1254-J |
| | ) | |
| BRET BRADFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 16, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within ten days or otherwise release him. [Doc. No. 17]. That date fell on October 26, 2026.

On October 28, 2026, the Court received two filings. In the first, Petitioner demands to be immediately released citing the lack of bond hearing on October 26, 2026. [Doc. No. 19]. The motion was filed by Petitioner's counsel of record in this case, Xavier Vicente Chavez. *See id.* In the second filing, Respondents notify the Court that Petitioner's bond hearing was set for October 26, 2026 but that Petitioner sought a continuance so that his attorney could provide relevant information. [Doc. No. 20 & Ex. 4]. Respondents note the hearing has been rescheduled for October 30, 2026 and they provide proof that Cruz Diaz Nelian entered an appearance for Petitioner. *See id.* & Ex. 2.

Petitioner shall respond to Respondents' Notice no later than November 5, 2026.

IT IS SO ORDERED this 29th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE