**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN JOSE NAVAS MIRANDA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1254-J |
| | ) | |
| BRET BRADFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On October 16, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within ten days or otherwise release him. [Doc. No. 17]. That date fell on October 26, 2026.

On October 28, 2026, the Court received two filings. In the first, Petitioner demanded to be immediately released citing the lack of bond hearing on October 26, 2026. [Doc. No. 19]. The motion was filed by Petitioner's counsel of record in this case, Xavier Vicente Chavez. *See id.* In the second filing, Respondents notified the Court that Petitioner's bond hearing was set for October 26, 2026 but that Petitioner sought a continuance so that his attorney could provide relevant information. [Doc. No. 20 & Ex. 4]. Respondents stated that the hearing was rescheduled for October 30, 2026 and they provided proof that Cruz Diaz Nelian entered an appearance for Petitioner. *See id.* & Ex. 2.

Petitioner was ordered to respond to Respondents' Notice no later than November 5, 2026. [Doc. No. 21]. He failed to comply and the Court assumes he is no longer prosecuting his motion for immediate release. However, in an abundance of caution, Respondents shall certify that Petitioner's bond hearing has occurred. Respondents' Status Report is due no later than November 13, 2026.

IT IS SO ORDERED this 9th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE